DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARKIEPH PALMER,**
Appellant,

v.

**MIAMI-DADE COUNTY TRANSPORTATION,**
Appellee.

No. 4D2025-3365

[February 19, 2026]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caryn Siperstein, Judge; L.T. Case No. 502025CA006704XXXAMB.

Markieph Palmer, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***